**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| BUFFETS HOLDINGS, INC., | ) Case No. 08-10141(MFW) |
| A Delaware Corporation, et al., | ) |
| | ) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| OCB Restaurant Company, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 08-51086(MFW) |
| | ) |
| John Vlahakis and Sandra | ) |
| Vlahakis, | ) |
| d/b/a Vlahakis Real Estate | ) |
| Development, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**AND NOW**, this **8th** day of **DECEMBER, 2008**, upon consideration of the Motion by Defendants John Vlahakis and Sandra Vlahakis d/b/a Vlahakis Real Estate Development (the "Defendants") to transfer venue of this adversary proceeding to the United States District Court for the Western District of Michigan, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Motion by the Defendants to transfer venue of this adversary proceeding to the United States District Court for the Western District of Michigan is **GRANTED**.


BY THE COURT:

Mary F. Walrath
United States Bankruptcy Court

ᴵᴵᴵᴱD:
 A TRUE COPY:
          ATTEST

        DAVID D ·         CLERK
        U.S. BANK,     ϽY COURT

 BY: _____

cc: Christopher D. Loizides, Esquire [1]

---

[1] Counsel shall serve a copy of this Order and the accompanying Memorandum Opinion on  all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

Christopher D. Loisides, Esquire
Loisides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Counsel for Defendants

Scott A. Chernich, Esquire
Foster Swift Collins & Smith, P.C.
313 South Washington Square
Lansing, MI 48933
Counsel for Defendants

Pauline Morgan, Esquire
John T. Dorsey, Esquire
Blake Cleary, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Counsel for the Plaintiff